*Dewar, Respondent, v. Smith et al., Petitioners*, No. 91621-7. Petition for review of a decision of the Court of Appeals, Nos. 69701-3-I and 70190-7-I, January 26, 2015, 185 Wn. App. 544. *Denied* September 2, 2015.

*Wegleitner, Petitioner, v. Dep't of Labor & Indus. et al., Respondents*, No. 91632-2. Petition for review of a decision of the Court of Appeals, No. 72763-0-I, March 9, 2015, 186 Wn. App. 1022. *Denied* September 2, 2015.

*State, Respondent, v. Lee, Petitioner*, No. 91647-1. Petition for review of a decision of the Court of Appeals, No. 70799-0-I, April 6, 2015, 186 Wn. App. 1042. *Denied* September 2, 2015.

Tinnon, Petitioner, v. White River School Dist., Respondent, No. 91541-5. Petition for review of a decision of the Court of Appeals, No. 45934-5-II, March 12, 2015. *Denied* September 2, 2015.

State, Respondent, v. Mitzlaff, Petitioner, No. 91570-9. Petition for review of a decision of the Court of Appeals, No. 31866-4-III, March 4, 2015. *Denied* September 2, 2015.

*State, Respondent, v. Chenoweth, Petitioner*, No. 91366-8. Petition for review of a decision of the Court of Appeals, No. 71028-1-I, February 2, 2015, 185 Wn. App. 1041. *Granted on a specific issue* September 4, 2015.

*State, Respondent, v. Fisher et al., Petitioners*, No. 91438-9. Petition for review of a decision of the Court of Appeals, Nos. 43870-4-II and 43990-5-II, December 2, 2014, 184 Wn. App. 766. *Granted on a specific issue* for Petitioner Fisher, *denied* for Petitioner Trosclair, and *granted* for Respondent State September 4, 2015.